BEFORE THE SECOND DIVISION, JUNE 19, 1940

**No. 43979.**—Protests 410517–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J.   Filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43980.**—Protests 64690–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J.   On the agreed facts embroidered wearing apparel similar to that involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) and Normandy laces like those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430.   Artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 id. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.

**No. 43981.**—Protests 179337–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel embroidered wearing apparel and other articles similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430.   Knit wool lace outerwear similar to that the subject of *United States* v. *International Clearing House* (24 id. 117, T. D. 48416) was held dutiable under paragraph 1114 as claimed.

**No. 43982.**—Protests 883623–G, etc., of Block Freres, Inc., et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.